UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:12-cv-233-F

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARINO ESTEBAN DIAZ, INDIVIDUALLY and d/b/VELVET ROOM BAR AND LOUNGE, <br><br> Defendant. | Entry of Default |

This matter, coming on before the undersigned Clerk of Court, upon Plaintiff J & J Sports Production, Inc.'s Motion for Entry of Default against Marino Esteban Diaz, individually and d/b/a Velvet Room Bar and Lounge, was filed with the Court on July 8, 2012.

It appears that Defendant Marino Esteban Diaz, individually and d/b/a Velvet Room Bar and Lounge, has neither filed an answer nor responsive pleading and is subject to default as provided by Rule 55 of the Federal Rules of Civil Procedure.

THEREFORE, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, default is entered against Marino Esteban Diaz, individually and d/b/a Velvet Room Bar and Lounge.

This the 13th day of August, 2012.

_____
Julie A. Richards, Clerk of Court