UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., )<br>        Plaintiff, )<br>)<br>    v. )<br>)<br>MARINO ESTEBAN DIAZ, INDIVIDUALLY, )<br>and d/b/a VELVET ROOM BAR AND LOUNGE, )<br>        Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:12-CV-233-F** |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion for Default Judgment is ALLOWED. The Plaintiff shall have and recover of Marino Esteban Diaz, Individually and d/b/a Velvet Room Bar and Lounge the amount of $14,200.00 in damages and $1,012.50 in attorneys fees, with interest accruing at the legal rate from the date of this judgment until paid. Plaintiff also is entitled to costs. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on November 28, 2012, and Copies To:**

Jeremy Todd Browner (via CM/ECF Notice of Electronic Filing)
Marino Esteban Diaz, d/b/a Velvet Room Bar and Lounge (via US Mail to 3516 Piedmont Dr., Raleigh, NC 27604-3880)


DATE                                          JULIE A. RICHARDS, CLERK
November 28, 2012                  /s/ Susan K. Edwards
                                                    (By) Susan K. Edwards, Deputy Clerk